IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOHAWK FACTORING, INC. and<br>DAL-TILE CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN T. MARETT,<br><br>    Defendant. | Case No.: 10-0430<br><br>Judge Nora Barry Fischer |

## MOTION FOR CONTINUANCE

AND NOW, come the plaintiffs, Mohawk Factoring, Inc. and Dal-Tile Corporation, by and through their attorneys, John J. Edson, Esquire and Todd E. Jones, Esquire, and request a continuance of the Rule 16 Initial Scheduling Conference scheduled for July 8, 2010 at 4:00 PM and in support thereof aver the following:

    1.    The Court has scheduled the Rule 16 Initial Scheduling Conference for this matter for July 8, 2010 at 4:00 PM.

    2.    Plaintiffs' counsel, John Edson, will be attending an all-day mediation involving ten different litigants that has been scheduled for over six weeks and will not be able to attend. Plaintiffs' counsel, Todd Jones, has been admitted pro hac vice and practices in Atlanta, Georgia.

    3.    Counsel for the Defendant have graciously consented to a continuance and re-scheduling of the Initial Scheduling Conference.

    4.    Given counsels' work schedules and summer holiday schedules, the Plaintiffs are requesting that the conference be re-scheduled for July 22, 2010, if the Court's schedule permits.

WHEREFORE, the Plaintiffs request that the Rule 16 Initial Scheduling Conference scheduled for July 8, 2010 at 4:00 PM be continued until July 22, 2010.

Respectfully submitted,

By: *John J. Edson* (signature)

John J. Edson, Esquire
Pa. I.D. No. 56696

400 Broad Street, Suite 2001
Sewickley, PA 15143
(412) 741-1445
lesterlaw@comcast.net

*Attorney for Mohawk Factoring, Inc. and Dal-Tile Corporation*

Date: June 30, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MOHAWK FACTORING, INC. and )
DAL-TILE CORPORATION, )
                                       )
        Plaintiffs, )
                                       )      Case No.: 10-0430
vs. )
                                       )
JOHN T. MARETT, )
                                       )
        Defendant. )

## **ORDER**

AND NOW, this ____ day of July 2010, the Motion for Continuance filed by Plaintiffs Mohawk Factoring, Inc. and Dal-Tile Corporation is GRANTED, and that the Rule 16 Initial Scheduling Conference is continued until July 22, 2010 at _____ M.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Continuance was served on the 30th day of June 2010, via electronic mail and first class U.S. mail, postage prepaid, upon the following:

John R. Seeds, Esq.
Levicoff, Silko & Deemer, P.C.
650 Smithfield Street - Suite 1900
Pittsburgh, PA  15222

John Seeds [jseeds@LSANDD.NET]

_John J. Edson_
John J. Edson